IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| CHERYL J SORENSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | C07-3053 MWB |
| ) | |
| ) | JUDGMENT FOR ATTORNEY FEES |
| COMMISSIONER OF SOCIAL ) | |
| SECURITY, ) | |
| MICHAEL J ASTRUE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

This matter came before the Court. The issues have been decided and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Judgment is entered in favor of the plaintiff and against the defendant. The court awards $2,804.83 in attorney fees, and $28.79 in expenses, and costs of $350.00 to the plaintiff.

DATED: June 17, 2008

Robert L Phelps  
Clerk  
S/src  
(By) Deputy Clerk